

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2014

No. 04-14-00520-CR

Steven Mitchell **GARY**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2945
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Steven Mitchell Gary filed a notice of appeal on July 18, 2014. The notice states Gary desires to appeal the indictment against him.

The courts of appeal have jurisdiction of an appeal by a criminal defendant only after a conviction or when an appeal is specifically authorized by statute. *Workman v. State*, 170 Tex. Crim. 621, 622, 343 S.W.2d 446, 447 (1961); *see Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991). There is no statute authorizing a criminal defendant to appeal an indictment.

We therefore **order** a response due **August 14, 2014**, showing why this appeal should not be dismissed for want of jurisdiction. If Gary fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court